**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEITH J. URBANSKI,

       Plaintiffs,                          CASE NO. 6:16-cv-1787-CEM-DCI

v.

ENHANCED RECOVERY COMPANY, LLC,

       Defendant.

_____/

## STIPULATION TO CONDUCT EARLY DISCOVERY ON THIRD PARTIES

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiff, Keith Urbanski, and Defendant, Enhanced Recovery Company, LLC (collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to modify the default timing for serving discovery on third-parties in this matter as follows:

1. The Parties are permitted to serve third-party subpoenas for production of documents, electronically stored information, or tangible things under Federal Rule of Civil Procedure 45, prior to holding the Rule 26(f) conference.

2. The Parties are not excused from serving notice on all other parties prior to serving any subpoena as required by Rule 45(a)(4).

3. No other Rules of discovery are being modified by this stipulation.

Dated: November 10, 2016

2

| **SMITH, GAMBRELL & RUSSELL, LLP** | **MORGAN & MORGAN, TAMPA, P.A.** |
|---|---|
| */s/Richard D. Rivera* | */s/ Amy Ferrera* |
| Scott S. Gallagher | Amy Ferrera, Esquire |
| Florida Bar No. 0371970 | Florida Bar No. 15313 |
| Email: ssgallagher@sgrlaw.com | One Tampa City Center |
| Richard D. Rivera | 201 N. Franklin Street, 7th Street |
| Florida Bar No. 108251 | Tampa, Florida 33602 |
| Email: rrivera@sgrlaw.com | Phone: 813-223-5505 |
| 50 North Laura Street, Suite 2600 | Fax: 813-223-5402 |
| Jacksonville, Florida 32202 | Email: amferrera@forthepeople.com |
| Tel:  (904) 598-6111 | *Attorney for Plaintiff* |
| Fax:  (904) 598-6211 | |
| *Attorneys for Defendant* | |